Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JAN 27 AM 11:53

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

Cheyenne Division

| | | |
|---|---|---|
| Ruta Drungilaite | ) | Case No. **26-CV-37-SWS** |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | ) | |
| Camila Rocio Vazquez | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Ruta Drungilaite |
   | Street Address | 1204 Stella Maris Tower |
   | City and County | Dubai |
   | State and Zip Code | United Arab Emirates |
   | Telephone Number | +971553362125 |
   | E-mail Address | hello@atwistofdate.co.uk |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name      Camila Rocio Vazquez

    Job or Title (if known)

    Street Address      30N South Gould Street

    City and County      Sheridan

    State and Zip Code      WY 82801

    Telephone Number      13056453469, +5491136523627

    E-mail Address (if known)      recetasmedicasnaturales@gmail.com, buzcary@gmail.com

Defendant No. 2

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Defendant No. 3

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Defendant No. 4

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action arises under the United States Copyright Act, 17 U.S.C. §§ 101 et seq., including the Digital Millennium Copyright Act, 17 U.S.C. § 512, and jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 1338; Defendant consented to suit in this District pursuant to 17 U.S.C. § 512(g)(3)(D).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is the owner of three U.S. Copyright Office-registered digital works. Defendant purchased the works on November 17, 2025 from Plaintiff's website, removed Plaintiff's branding, altered them, and sold them commercially without authorization on multiple websites. After DMCA takedowns, defendant submitted DMCA counter-notices falsely asserting that the takedowns were a mistake. See Attachment A for full statement of facts.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defendant has continued to distribute and repost infringing copies after takedowns, showing an ongoing risk of continued infringement. Plaintiff seeks injunctive relief, statutory damages pursuant to 17 U.S.C. § 504(c), costs, and such other relief as the Court deems just and proper. See Attachment B.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _20th of January, 2026_

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff _RUTA DRUNGILAITE_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## Attachment A – Statement of Facts

1. Plaintiff Ruta Drungilaite is the author and copyright owner of three original digital PDF works (the "Works") registered with the U.S. Copyright Office:
   - Cold Case File: Olivia Hall (First published: 2022-10-13; Registration Number: TX0009545294)
   - Cold Case File: George Bailey (First published: 2023-06-04; Registration Number: TX0009545769)
   - Cold Case File: Jason Turner (First published: 2024-08-07; Registration Number: TX0009545728)
2. Plaintiff sells the Works commercially through her business website, atwistofdate.co.uk.
3. On November 17, 2025, Defendant Camila Rocio Vazquez purchased all three Works directly from Plaintiff's website (Exhibit A)
4. Defendant did not receive any license or authorization to reproduce, modify, translate, distribute, or resell the Works.
5. After purchasing the Works, Defendant removed Plaintiff's logos and brand name from the Works, replaced them with Defendant's own branding, and created altered versions of the Works (Exhibit B)
6. Defendant thereafter sold and distributed the altered Works commercially through detectivemode.online and sold Spanish-language versions through other websites, including mododetective.online, buzcary.co, resuelvecasos.online, and despiertatureina.com. (Exhibit C)
7. Plaintiff did not authorize any of these reproductions, alterations, translations, or distributions.
8. Defendant also promoted the infringing works through paid Facebook advertisements that incorporated Plaintiff's original marketing videos, which Defendant used without authorization. (Exhibit D)
9. Plaintiff sent Defendant a formal cease-and-desist letter demanding that Defendant stop infringing Plaintiff's copyrighted works. Defendant failed to respond and continued the infringing conduct.
10. Plaintiff submitted multiple DMCA takedown notices to Shopify regarding Defendant's infringing listings, and Shopify removed the infringing materials.
11. Defendant subsequently submitted counter-notifications asserting that the takedowns were made by mistake (Exhibit E)
12. In those counter-notifications, Defendant provided a Wyoming address and consented to the jurisdiction of the United States District Court for the District of Wyoming pursuant to 17 U.S.C. § 512(g)(3)(D).
13. Defendant's conduct has caused and continues to cause harm to Plaintiff, including loss of control over her works and market confusion.

## Attachment B – Relief Requested

Plaintiff respectfully requests that the Court enter judgment in her favor and grant the following relief:

1. Injunctive Relief. A permanent injunction prohibiting Defendant from reproducing, distributing, displaying, selling, or otherwise exploiting Plaintiff's copyrighted works, including any altered, translated, or derivative versions thereof.
2. Removal of Infringing Materials. An order requiring Defendant to remove all infringing copies of Plaintiff's works from any websites, platforms, or accounts under Defendant's control, including but not limited to detectivemode.online, mododetective.online, buzcary.co, resuelvecasos.online, and despiertatureina.com.
3. Statutory Damages. Statutory damages pursuant to 17 U.S.C. § 504(c) for each infringed work, including enhanced damages for willful infringement.
4. Costs. An award of Plaintiff's costs of suit pursuant to 17 U.S.C. § 505.
5. Further Relief. Such other and further relief as the Court deems just and proper.

**Exhibit A:** Defendant purchased works from Plaintiff's website



**Exhibit B pt 1/3:** Defendant created altered versions of the Works
Note: two examples provided for illustration purposes but full side by side comparisons of all works available on request

Plaintiff's original work



Defendant's infringing work



Original logo removed

Original business name replaced with defendant's business name

## Exhibit B pt 2/3: Defendant created altered versions of the Works




Plaintiff's original work | Defendant's infringing work

Original business name replaced with defendant's business name

Original logo removed

**Exhibit B  pt 3/3:** Defendant created altered versions of the Works



**Exhibit C:** Defendant sold altered Works commercially



**Exhibit D:** Defendant promoted works through paid advertisements using Plaintiff's original marketing materials



Plaintiff's original video



Defendant's infringing Facebook ad

**Exhibit E:** Defendant submitted DMCA counter-notices asserting that the takedowns were made by mistake (one example below)



Date: January 15, 2026

**DMCA Counter Notice | detectivemode.online**

**1. Shopify Merchant Contact Information**

First Name:
Camila Rocio

Last Name:
Vazquez

Phone:
5491136523627

Email:
buzcary@gmail.com

Address:
30N South Gould Street
1

City:
Sheridan

ZIP/Postal Code::
82801

Country:
US

State/Province:
WY

**2. Material(s) Subject to the Counter Notice**

Report ID:
40dd3cea-dd60-47d7-83e9-15ccf88b7f43

- https://detectivemode.online/products/3x1
- https://detectivemode.online/products/4-criminal-cases-detective-mode

**3. Declarations**
- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

**4. Electronic Signature**
Camila Rocio Vazquez



